UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALERTE CONGOLAISE POUR L'ENVIRONNEMENT ET LES DROITS DE L'HOMME and ACTIONS POUR LA PROMOTION ET PROTECTION DES PEUPLES ET ESPÈCES MENACÉS,

         Applicants,

-v-

SYMBION POWER LLC,

         Respondent.

25 Mc 480 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

  On October 27, 2025, Alerte Congolaise pour l'Environnement et les Droits de l'Homme and Actions pour la Promotion et Protection des Peuples et Espèces Menacés (collectively, "Applicants") filed a petition, pursuant to 28 U.S.C. § 1782, to obtain from Symbion Power, LLC ("Respondent") certain documents and testimony for an intended legal proceeding in the Democratic Republic of Congo. Dkt. 1. Applicants stated they were not proceeding *ex parte*, and had served Respondent with a copy of their petition. *Id.* at 2.

  The Court orders Applicants to serve this Order on Respondent forthwith, and to file on the docket of this case proof of such service of both their petition and this Order. Respondent's answer shall be filed by November 20. Applicants' reply shall be filed by November 27.

  SO ORDERED.

                   *Paul A. Engelmayer*
                   PAUL A. ENGELMAYER
                   United States District Judge

Dated: November 5, 2025
   New York, New York