

**EARTHRIGHTS INTERNATIONAL**

1400 K St. NW, Suite 750
Washington, DC 20005
+1 (202) 466-5188
earthrights.org

November 18, 2025

*VIA ECF*

The Honorable Paul A. Engelmayer
United States District Court Southern District of New York
40 Foley Square
New York, NY 10007

     Re: *Alerte Congolaise pour l'Environnement et les Droits de l'Homme et al v. Symbion Power LLC*, No.
1:25-mc-480

Dear Judge Engelmayer,

     Per the Court's Order dated November 5, 2025, Respondent's answer shall be filed by
November 20, and Applicants' reply by November 27th. (DE 6). Applicants are still trying to serve
the Respondent. We are continuing to pursue alternative avenues to effectuate service. Applicants
thus respectfully request that you stay the deadlines set in the Order.

     Respectfully Submitted,

     /s/ Tamara A. Morgenthau
     Tamara A. Morgenthau
     Lindsay A. Bailey
     EarthRights International
     1400 K St. NW Suite 750
     Washington, D.C. 20005
     Tel: 202-466-5188
     tamara.morgenthau@earthrights.org

     *Attorneys for Applicants*

The Court hereby stays the deadlines in the case
pending service on Respondents. Applicants are
to serve Respondents forthwith and file an
update as soon as such service is executed. If no
service has been executed by November 27,
2025, Applicants shall file a letter with the Court
on that date detailing the specific efforts made to
effectuate service.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 19, 2025
     New York, New York

1